J. Shaw *v.* C. Kahala, Administrator of Estate of G. W. Nohoua, &c.

---

## SUPREME COURT—IN BANCO.

---

### JANUARY TERM—1872.

*Allen, Ch. J., Hartwell and Widemann, J. J.*

---

JOHN SHAW ◦ *vs.* CHARLES KAHALA, ADMINISTRATOR OF THE ESTATE OF G. W. NOHOUA, DECEASED INTESTATE.

ACT OF LIMITATIONS of suits against ADMINISTRATORS applies only to those appointed since the act;

Such an act does not begin to run until the appointment of the administrator;

Presenting a claim to a Probate Court for approval is not COMMENCEMENT of suit;

The STATUTE OF LIMITATIONS need not be specially pleaded.

#### DECISION ON BILL OF EXCEPTIONS.

It is considered by the Court here: *First*—That the Act of June 23d, 1868, limiting the time within which to bring suits against administrators, does not apply to administrators appointed previously to the enactment of that act. *Second*—That the statutes of limitations are interrupted by the death of the intestate until the appointment of an administrator.

*Third*—That the presentment of a claim to the Probate Court after its rejectment by the administrator, is not the commencement · of a suit which interrupts the statute of limitations. *Fourth*—That the statute of limitations in this case was not required to be specially pleaded.

The exceptions are accordingly sustained on the first and second grounds above named, and overruled on the third and fourth grounds. The judgment of the Court below is vacated, and judgment is ordered for the plaintiff for the amount of the note and interest to be computed by the Clerk, and for twenty-five dollars for funeral expenses of the intestate, but not for the funeral expenses of his widow.

W. C. Jones for plaintiff.
A. F. Judd for defendant.
Honolulu, March 13th, 1872.